UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:  MARK A CANNON SR  § § § § § § §  Case No.: 07-16387
        DONNA M CANNON

        Debtor(s)

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/08/2007.

2) This case was confirmed on 11/29/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/02/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/01/2009, 05/11/2010, 02/08/2011.

5) The case was dismissed on 05/12/2011.

6) Number of months from filing to the last payment: 37

7) Number of months case was pending: 47

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 25,140.00

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 50,069.59 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 50,069.59 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,139.20 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 3,501.06 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 5,640.26 |
| Attorney fees paid and disclosed by debtor | $ 1,360.80 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WORLD SAVINGS | SECURED | 207,257.00 | 187,035.29 | 31,921.29 | 31,921.29 | .00 |
| WORLD SAVINGS | SECURED | NA | 27,038.74 | 27,038.74 | 12,508.04 | .00 |
| PIERCE & ASSOC | OTHER | NA | NA | NA | .00 | .00 |
| WORLD SAVINGS BANK | OTHER | NA | NA | NA | .00 | .00 |
| CINGULAR | UNSECURED | 670.74 | NA | NA | .00 | .00 |
| CAVALRY PORTFOLIO SV | OTHER | NA | NA | NA | .00 | .00 |
| AT & T WIRELESS | OTHER | NA | NA | NA | .00 | .00 |
| SAUK VILLAGE POLICE | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| SAUK VILLAGE POLICE | OTHER | NA | NA | NA | .00 | .00 |
| ARNOLD SCOTT HARRIS | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| SBC | UNSECURED | 388.57 | NA | NA | .00 | .00 |
| AT & T BANKRUPTCY | OTHER | NA | NA | NA | .00 | .00 |
| BENEFICIAL FINANCE C | UNSECURED | 2,915.00 | NA | NA | .00 | .00 |
| BENEFICIAL | OTHER | NA | NA | NA | .00 | .00 |
| SENTRY CREDIT INC | OTHER | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 3,025.04 | 3,025.04 | 3,025.04 | .00 | .00 |
| CAPITAL ONE | OTHER | NA | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 2,869.82 | 2,869.82 | 2,869.82 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,535.63 | 1,535.63 | 1,535.63 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 562.74 | 562.74 | 562.74 | .00 | .00 |
| CAVALRY PORTFOLIO SV | UNSECURED | 671.00 | 670.74 | 670.74 | .00 | .00 |
| CAVALRY PORTFOLIO SV | OTHER | NA | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 1,130.00 | 2,230.00 | 2,230.00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ARNOLD SCOTT HARRIS | OTHER | NA | NA | NA | .00 | .00 |
| CHICAGO DEPT OF REVE | OTHER | NA | NA | NA | .00 | .00 |
| LINEBARGER GOGGAN BL | OTHER | NA | NA | NA | .00 | .00 |
| COLLECTION | UNSECURED | 556.41 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 942.73 | 942.73 | .00 | .00 |
| DELL FINANCIAL SERVI | UNSECURED | 1,570.00 | 671.42 | 671.42 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,915.95 | NA | NA | .00 | .00 |
| ENCORE RECEIVABLE MA | UNSECURED | 282.00 | NA | NA | .00 | .00 |
| AT & T BANKRUPTCY | OTHER | NA | NA | NA | .00 | .00 |
| IC SYSTEM | UNSECURED | 51.00 | 51.56 | 51.56 | .00 | .00 |
| ISAC | UNSECURED | 2,373.00 | NA | NA | .00 | .00 |
| ISAC | UNSECURED | 1,990.00 | NA | NA | .00 | .00 |
| ISAC | UNSECURED | 1,627.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 2,497.18 | NA | NA | .00 | .00 |
| RADIOLOGY CENTER | UNSECURED | 79.00 | NA | NA | .00 | .00 |
| RADIOLOGY CENTER SC | OTHER | NA | NA | NA | .00 | .00 |
| MASTERCARD | UNSECURED | 2,520.00 | NA | NA | .00 | .00 |
| EMERGE MASTERCARD | OTHER | NA | NA | NA | .00 | .00 |
| GERALD E MOORE | OTHER | NA | NA | NA | .00 | .00 |
| NATIONAL CITY BANK | OTHER | NA | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 415.00 | 719.27 | 719.27 | .00 | .00 |
| NICOR GAS | UNSECURED | 252.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 219.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 5,274.00 | 4,947.02 | 4,947.02 | .00 | .00 |
| WASHINGTON/PROVIDIAN | OTHER | NA | NA | NA | .00 | .00 |
| STEVEN PLATO TROY | UNSECURED | 10,000.00 | 33,272.60 | 33,272.60 | .00 | .00 |
| STEVEN PLATO TROY | OTHER | NA | NA | NA | .00 | .00 |
| STEVEN PLATO TROY | UNSECURED | 3,224.22 | 3,999.63 | 3,999.63 | .00 | .00 |
| STEVEN PLATO TROY | OTHER | NA | NA | NA | .00 | .00 |
| RECEIVABLE PERFORMAN | UNSECURED | 629.00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 250.00 | 500.00 | 500.00 | .00 | .00 |
| MCSI/RMI | OTHER | NA | NA | NA | .00 | .00 |
| VILLAGE OF MATTESON | OTHER | NA | NA | NA | .00 | .00 |
| VILLAGE OF RICHTON P | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF RICHTON P | OTHER | NA | NA | NA | .00 | .00 |
| VILLAGE OF RICHTON P | OTHER | NA | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF WORTH | OTHER | NA | NA | NA | .00 | .00 |
| SALLIE MAE INC | UNSECURED | 1,923.00 | 1,951.55 | 1,951.55 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 901.00 | 909.27 | 909.27 | .00 | .00 |
| SEARS | OTHER | NA | NA | NA | .00 | .00 |
| SEARS | OTHER | NA | NA | NA | .00 | .00 |
| LVNV FUNDING | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SEARS | OTHER | NA | NA | NA | .00 | .00 |
| SHERMAN ACQUISITION | OTHER | NA | NA | NA | .00 | .00 |
| RESURGENT CAPITAL SE | UNSECURED | 909.27 | NA | NA | .00 | .00 |
| B-LINE LLC | OTHER | NA | NA | NA | .00 | .00 |
| SALLIE MAE GUARANTEE | UNSECURED | 3,207.00 | 3,615.50 | 3,615.50 | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 1,746.00 | NA | NA | .00 | .00 |
| SPRINT PCS | UNSECURED | 70.00 | NA | NA | .00 | .00 |
| CAVALRY PORTFOLIO SV | OTHER | NA | NA | NA | .00 | .00 |
| SPRINT PCS | OTHER | NA | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL C | UNSECURED | 282.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | OTHER | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | NA | 873.99 | 873.99 | .00 | .00 |
| T MOBILE | UNSECURED | NA | 405.22 | 405.22 | .00 | .00 |
| DELL FINANCIAL SERVI | SECURED | NA | 977.28 | .00 | .00 | .00 |
| T MOBILE | UNSECURED | NA | 151.41 | 151.41 | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | NA | 230.00 | 230.00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | 31,921.29 | 31,921.29 | .00 |
| Mortgage Arrearage | 27,038.74 | 12,508.04 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 58,960.03 | 44,429.33 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 64,135.14 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 5,640.26 |
| Disbursements to Creditors | $ | 44,429.33 |
| **TOTAL DISBURSEMENTS:** | $ | 50,069.59 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   08/03/2011                              /s/ Tom Vaughn
                                                  Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**